# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1614

_____

Avera Cunningham

*Plaintiff - Appellant*

v.

City of Kansas City, Missouri

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 29, 2016
Filed: January 4, 2017
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Avera Cunningham appeals after the District Court[1] granted summary judgment to defendants in her action alleging employment discrimination under Title I and Title

_____

[1] The Honorable Roseann A. Ketchmark, United States District Court for the Western District of Missouri.

V of the Americans with Disabilities Act and Title I of the Civil Rights Act of 1991. After de novo review, we find no error in the District Court's decision. <u>See</u> <u>Murchison v. Rogers</u>, 779 F.3d 882, 886–87 (8th Cir. 2015) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____